UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 01-744-2 (WHW) |
| v. | : | <u>ORDER</u> |
| JUAN CARLOS YSABEL | : | |

This matter having been brought before the Court on the *pro se* motion of defendant JUAN CARLOS YSABEL requesting an amended judgment,

AND THE COURT FINDING that it lacks authority to issue an amended judgment in this matter;

AND THE COURT FURTHER FINDING that it lacks jurisdiction over any challenge to the Bureau of Prisons' denial of defendant's request for retroactive (concurrent) designation of the state facility;

It is on this 24 day of June, 2008, ORDERED that said motion is DENIED.  Defendant remains free to seek legal redress from a District Court with jurisdiction over the matter.

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE